**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KEVIN RAGLAND,

                Plaintiff,                18 **CIVIL** 8206 (OTW)

    -against-                        **JUDGMENT**

ANDREW SAUL, Commissioner of Social
Security,

                Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated March 29, 2021, the Commissioner's Motion for Judgment on the Pleadings is **DENIED**, and the case is remanded for further proceedings consistent with this opinion pursuant to 42 U.S.C. § 405(g).

**Dated:** New York, New York
         March 29, 2021

                                                  **RUBY J. KRAJICK**

                                                      **Clerk of Court**
                                BY:
                                                       **Deputy Clerk**